UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | Hon. Jerome B. Simandle |
| v. | : | Crim. No. 14-683 (JBS) |
| DAVID GLENN | : | |

RESTITUTION ORDER

On January 21, 2016, David Glenn was sentenced by the Hon. Jerome B. Simandle to 108 months' imprisonment, 3 years' supervised release and was ordered to pay a $700 special assessment. In addition, at the time of sentencing, the Court scheduled a restitution hearing. The parties having agreed to the following restitution, this Court amends the judgment of conviction with the following order of restitution:

IT IS, therefore, on this 30th day of March, 2016, ORDERED that:

1. The defendant David Glenn shall make restitution in the total amount of $34,816.62. The Court will waive the interest requirement in this case. Payments should be made payable to the U.S. Treasury and forwarded to the Clerk of the Court in Trenton, New Jersey, for distribution to the following victims in the following descending order of priority:

   J. V.[1]                                             $500.00

   Beneficial Bank                                      $9,850.00
   Attn: Denise Clark,
   Reference No. NJ2013R096/NJ2013R099
   3 Sunset Road
   Burlington, New Jersey 08016

---

[1] Because J.V. is a private victim, J.V.'s name and address are included in a separate addendum entitled, "Private Victim Information for Robberies Commited by David Glenn and Shalir Hall," Criminal Nos. 14-683 (JBS) and 14-654 (JBS), respectively.

| | |
|---|---|
| PNC Bank<br>200 West Broad Street<br>Hazelton, Pennsylvania 18201 | $9,780.00 |
| National Penn Bank (formerly 3rd Nat. Bank)<br>Attn.: Loss Prevention<br>P.O. Box 547<br>Boyertown, Pennsylvania 19512 | $3,638.00 |
| Investor's Bank (formerly Roma Bank)<br>Attn: Loss Prevention<br>80 Hartford Road<br>Moorestown, New Jersey 08075 | $2,550.00 |
| Citizens Bank<br>Attn: Teri Giroux<br>Case No. 224653 – Cash Items – ROP10C,<br>One Citizens Drive<br>P.O. Box 42011<br>Riverside, Rhode Island 02915 | $4,620.00 |
| GEICO<br>Claim No. 0361287030101014-01<br>ATTN: Region 8 Policy<br>PO Box 9506<br>Fredericksburg, VA 22403-9500. | $3,878.62 |

2. The amounts ordered represent the total amounts due to the victims for these losses. The defendant's restitution obligations shall not be affected by any restitution payments made by other defendants in this case, except that no further payments shall be required after the sums of the amounts actually paid by all defendants has fully satisfied these losses. The following defendant in the following case may be subject to restitution orders to the same victims for these same losses: Shalir Hall, Dkt. No. 0312 1:14CR00654-1.

3. The restitution is due immediately. It is recommended that the defendant participate in the Bureau of Prisons Inmate Financial Responsibility Program ("IFRP"). If the

defendant participates in the IFRP, the restitution shall be paid from those funds at a rate equivalent to $25 every 3 months.   In the event the entire restitution is not paid prior to the commencement of supervision, the defendant shall satisfy the amount due in monthly installments of no less than $100.00, to commence 30 days after release from confinement.

4. The defendant shall notify the United States Attorney for this district within 30 days of any change of mailing or residence address that occurs while any portion of the restitution remains unpaid.

                                                          *[signature]*
                                              HON. JEROME B. SIMANDLE
                                              Chief United States District Judge